

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00135-CV

PETER HARDSTEEN, PAULINA MAYBERG HARDSTEEN, AND INTERVENOR
TEXAS FARM BUREAU, Appellants

V.

DEAN'S CAMPIN' CO., Appellee

Appeal from the 506th District Court of Grimes County.   (Tr. Ct. No. 27885).

This case is an appeal from the final judgment signed by the trial court on January 3, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in the following respect: granting summary judgment to appellee and denying summary judgment for appellants.   Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for entry of judgment in the appellants' favor and a determination of costs, if any.

The Court **orders** that the appellee, Dean's Campin' Co., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 30, 2015.

Panel consists of Justices Keyes, Bland, and Brown. Opinion delivered by Justice Brown.